Martin A. Little, Esq.
Nevada Bar No. 7067
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Alexander Villamar, Esq.
Nevada Bar No. 9927
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: mal@h2law.com
Email: av@h2law.com
Email: jwf@h2law.com

*Attorneys for Respondent*
*Auto Company XXV, Inc. d/b/a/*
*Mercedes-Benz of Reno*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATUL MINOCHA, | Case No. 3:22-ms-00006-CAB |
| Petitioner, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | (First Request) |
| AUTO COMPANY XXV, INC., d/b/a/ MERCEDES-BENZ OF RENO, | |
| Respondent. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and District of Nevada Local Rules IA 6-1 and 7-1(a), Petitioner Atul Minocha ("Petitioner" or "Minocha") and Respondent Auto Company XXV, Inc. d/b/a/ Mercedes-Benz of Reno ("Respondent" or "MB Reno") hereby agree and stipulate: (1) that Respondent has, on October 24, 2022, accepted service of Petitioner's Motion to Enforce Subpoena and the Exhibits thereto filed on October 11, 2022 (ECF Nos. 2, 3) (together, the "Motion"); and (2) Respondent shall have up to and through November 14, 2022 to file and serve its opposition to the Motion.

The parties submit that good cause for the requested extension exists because, prior to October 24, 2022, Respondent had not been served with the Motion, and Respondent has just recently retained its undersigned counsel who require more time than provided for in LR 7-2(b) to investigate the substance of the Motion and prepare, file, and serve an opposition to the Motion.

1        This is the first stipulation seeking an extension of time for Respondent to file and serve

2   an opposition to the Motion.

3        Dated: this 26th day of October 2022.

4   **IT IS SO AGREED AND STIPULATED:**

5   HOWARD & HOWARD ATTORNEYS PLLC    WHITNEY CRAIG WILCHER

6   By: /s/ Jonathan W. Fountain         By: /s/ Whitney Craig Wilcher
    Martin A. Little, Esq.            Whitney Craig Wilcher, Esq.

7   Nevada Bar No. 7067             Nevada Bar No. 7212
    Jonathan W. Fountain, Esq.        400 S. 4th Street, Suite 500

8   Nevada Bar No. 10351           Las Vegas, NV 89101
    Alexander Villamar, Esq.         Tel. (702) 528-5201

9   Nevada Bar No. 9927            Email: wcwilcher@hotmail.com
    3800 Howard Hughes Pkwy., Suite 1000

10  Las Vegas, NV 89169           *Attorney for Petitioner*
    Tel. (702) 257-1483           *Atul Minocha*

11  Email: mal@h2law.com
    Email: av@h2law.com

12  Email: jwf@h2law.com

13  *Attorneys for Respondent*
    *Auto Company XXV, Inc. d/b/a/*

14  *Mercedes-Benz of Reno*

15                 **IT IS SO ORDERED:**

16

17                 _____

18                 UNITED STATES MAGISTRATE JUDGE

19

20                     October 26, 2022
    4835-9029-2184, v. 1          DATED: _____

21

22

23

24

25

26

27

28

*(left margin, vertical)* HOWARD & HOWARD ATTORNEYS PLLC