Martin A. Little, Esq.
Nevada Bar No. 7067
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Alexander Villamar, Esq.
Nevada Bar No. 9927
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: mal@h2law.com
Email: av@h2law.com
Email: jwf@h2law.com

*Attorneys for Respondent
Auto Company XXV, Inc. d/b/a/
Mercedes-Benz of Reno*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATUL MINOCHA,<br><br>Petitioner,<br><br>vs.<br><br>AUTO COMPANY XXV, INC., d/b/a/<br>MERCEDES-BENZ OF RENO,<br><br>Respondent. | Case No. 3:22-ms-00006-CLB<br><br>**ORDER GRANTING FOR EXTENSION OF TIME**<br><br>(Second Request) |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and District of Nevada Local Rules IA 6-1 and 7-1(a), Petitioner Atul Minocha ("Petitioner" or "Minocha") and Respondent Auto Company XXV, Inc. d/b/a/ Mercedes-Benz of Reno ("Respondent" or "MB Reno") hereby agree and stipulate that Respondent shall have up to and through November 30, 2022 to file and serve its opposition to the Motion.

The parties submit that good cause for the requested extension exists because: (a) prior to October 24, 2022, Respondent had not been served with the Motion; (b) Respondent recently retained counsel; (c) to varying degrees, the parties and their respective counsel will be unavailable due to the Thanksgiving holiday between November 23 through November 27; (d) Petitioner and third party automobile manufacturer Mercedes-Benz, USA, LLC, are actively engaged in discussions to settle the underlying civil action that gave rise to this subpoena

enforcement action; and (e) if the underlying action in which Petitioner issued the subpoena is resolved by way of settlement, Petitioner's present motion in this case to enforce the subpoena will become moot.

This is the second stipulation seeking an extension of time for Respondent to file and serve an opposition to the Motion.

Dated: this 14th day of November 2022.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | WHITNEY CRAIG WILCHER |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Martin A. Little, Esq.<br>Nevada Bar No. 7067<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>Alexander Villamar, Esq.<br>Nevada Bar No. 9927<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: mal@h2law.com<br>Email: av@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Respondent*<br>*Auto Company XXV, Inc. d/b/a/*<br>*Mercedes-Benz of Reno* | By: /s/ Whitney Craig Wilcher<br>Whitney Craig Wilcher, Esq.<br>Nevada Bar No. 7212<br>400 S. 4th Street, Suite 500<br>Las Vegas, NV 89101<br>Tel. (702) 528-5201<br>Email: wcwilcher@hotmail.com<br><br>*Attorney for Petitioner*<br>*Atul Minocha* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2022