**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ATUL MINOCHA, | Case No. 3:22-MS-00006-CLB |
| Plaintiff, | **ORDER TO FILE OPPOSITION TO MOTION TO ENFORCE SUBPOENAS** |
| v. | |
| AUTO COMPANY XXV, INC, | |
| Defendant. | |

On October 11, 2022, Plaintiff filed an emergency motion to enforce subpoenas. (ECF No. 2.) Thereafter, the Court ordered Defendant to file an opposition or response to the motion by on or before November 30, 2022. (ECF No. 8.) Defendant did not file an opposition or response by this date. The Court will *sua sponte* grant Defendant one extension of time to **Friday, December 9, 2022,** to file an opposition or response to the motion. However, if Defendant again fails to file any opposition or response to the motion, the motion will be submitted to the Court for decision as unopposed.

Alternatively, if the parties have resolved this dispute, the parties shall file a stipulation to dismiss this action by no later than **Friday, December 9, 2022**.

**IT IS SO ORDERED.**

DATED: _____December 2, 2022_____

_____
**UNITED STATES MAGISTRATE JUDGE**