1  Martin A. Little, Esq.
   Nevada Bar No. 7067
2  Jonathan W. Fountain, Esq.
   Nevada Bar No. 10351
3  Alexander Villamar, Esq.
   Nevada Bar No. 9927
4  HOWARD & HOWARD ATTORNEYS PLLC
   3800 Howard Hughes Parkway, Suite 1000
5  Las Vegas, Nevada 89169
   Telephone: (702) 257-1483
6  Email: mal@h2law.com
   Email: av@h2law.com
7  Email: jwf@h2law.com

8  *Attorneys for Respondent*
   *Auto Company XXV, Inc. d/b/a/*
9  *Mercedes-Benz of Reno*

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12  ATUL MINOCHA,                     Case No. 3:22-ms-00006-CLB

13              Petitioner,              **ORDER GRANTING**

14       vs.                         **STIPULATION FOR EXTENSION OF
                                           TIME**
15  AUTO COMPANY XXV, INC., d/b/a/
    MERCEDES-BENZ OF RENO,              (Third Request)
16
                Respondent.
17

18          Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and District of Nevada

19  Local Rules IA 6-1 and 7-1(a), Petitioner Atul Minocha ("Petitioner" or "Minocha") and

20  Respondent Auto Company XXV, Inc. d/b/a/ Mercedes-Benz of Reno ("Respondent" or "MB

21  Reno") hereby agree and stipulate that Respondent shall have up to and through January 15, 2023

22  to file and serve its opposition to the Motion.

23          The parties submit that good cause for the requested extension exists because Petitioner

24  and third-party automobile manufacturer Mercedes-Benz, USA, LLC have been actively engaged

25  in discussions to settle the underlying civil action that gave rise to this subpoena enforcement,

26  believe they have reached a settlement in principal, and desire additional time to finalize their

27  settlement without incurring the burden and expense associated with litigating the motion to

28  compel.

HOWARD & HOWARD ATTORNEYS PLLC

1    This is the third stipulation seeking an extension of time for Respondent to file and serve

2    an opposition to the Motion.

3    Dated: this 2nd day of December 2022.

4    **IT IS SO AGREED AND STIPULATED:**

5    HOWARD & HOWARD ATTORNEYS PLLC        WHITNEY CRAIG WILCHER

6    By: /s/ Jonathan W. Fountain                        By: /s/ Whitney Craig Wilcher
     Martin A. Little, Esq.                                  Whitney Craig Wilcher, Esq.
7    Nevada Bar No. 7067                                  Nevada Bar No. 7212
     Jonathan W. Fountain, Esq.                            400 S. 4th Street, Suite 500
8    Nevada Bar No. 10351                                 Las Vegas, NV 89101
     Alexander Villamar, Esq.                             Tel. (702) 528-5201
9    Nevada Bar No. 9927                                  Email: wcwilcher@hotmail.com
     3800 Howard Hughes Pkwy., Suite 1000
10   Las Vegas, NV 89169                                  *Attorney for Petitioner*
     Tel. (702) 257-1483                                  *Atul Minocha*
11   Email: mal@h2law.com
     Email: av@h2law.com
12   Email: jwf@h2law.com

13   *Attorneys for Respondent*
     *Auto Company XXV, Inc. d/b/a/*
14   *Mercedes-Benz of Reno*

15       Having reviewed the above, the Court approves the parties' stipulation. Defendant shall

16   file an opposition to the motion to enforce subpoenas on or before **January 15, 2023**.

17   Alternatively, if the settlement described above is finalized, the parties shall a stipulation to
     dismiss this action on or before **January 15, 2023.  <u>No further extensions of time will be</u>**

18   **<u>granted.</u>**

19

20                          **IT IS SO ORDERED:**

21

22                          _____
                            UNITED STATES MAGISTRATE JUDGE
23

24                          DATED: ___December 2, 2022_____

25

26

27

28

2